IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KENNETH ADAM MARSHALL,

    Petitioner,

v.

WARDEN, PICKAWAY
CORRECTIONAL INSTITUTION,

    Respondent.

CASE NO. 2:15-CV-02775
JUDGE ALGENON L. MARBLEY
MAGISTRATE JUDGE KEMP

## OPINION AND ORDER

On August 31, 2016, the Magistrate Judge issued a *Report and Recommendation and Order* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254 be dismissed without prejudice to Petitioner's ability to pursue relief against the appropriate Indiana officials should he find himself to be in custody under the warrants at issue in this case. The *Order and Report and Recommendation* also resolved various motions that have been filed by Petitioner in regard to this case. (ECF No. 21.)

Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation and Order*, and of the consequences of failing to do so, no objections have been filed. The docket indicates that notification of the Magistrate Judge's *Report and Recommendation and Order* was returned as not deliverable and unable to forward (*see* ECF No. 22); however, it is the Petitioner's responsibility to keep the Court advised of his current whereabouts.

Therefore, the *Report and Recommendation and Order* (ECF No. 21) is **ADOPTED** and **AFFIRMED.** All pending motions shall be removed from the docket as indicated in the Magistrate Judge's *Report and Recommendation and Order*.

This action is hereby **DISMISSED**.

**IT IS SO ORDERED**.

    <u>s/Algenon L. Marbley</u>
ALGENON L. MARBLEY
United States District Judge